# United States Court of Appeals
## For the First Circuit

No. 07-2463

IVÁN NEGRÓN-FUENTES; MILDRED PÉREZ; the NEGRÓN-PÉREZ CONJUGAL
PARTNERSHIP; YESENIA VERÓNICA NEGRÓN-PÉREZ, minor; IVÁN GABRIEL
NEGRÓN-PÉREZ, minor,

Plaintiffs, Appellants,

v.

UPS SUPPLY CHAIN SOLUTIONS (f/k/a UPS LOGISTICS GROUP),
BROADSPIRE (f/k/a KEMPER NATIONAL SERVICES), UNITED PARCEL SERVICES
OF AMERICA, INC., UPS HEALTHCARE PLAN FOR PUERTO RICO, PRUDENTIAL
INSURANCE COMPANY OF AMERICA,

Defendants, Appellees.

ERRATA

The opinion of this Court, issued  on June 18, 2008, should be
amended as follows:

On page 10, line 3 of footnote 4, insert "says" between "Negron"
and "that".